IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02553-BNB

DANIEL PATRICK YASCAVAGE,

    Applicant,

v.

JOE ORTIZ, Director of DOC,
KEVIN MILYARD, Warden SCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 4 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DISCHARGING SHOW CAUSE ORDER AND
DIRECTING APPLICANT TO FILE AN AMENDED APPLICATION

---

On January 24, 2006, the Court ordered Applicant Daniel Patrick Yascavage to show cause within thirty days why the instant habeas corpus action should not be denied for failure to exhaust state remedies. Applicant responded on February 8.

Based on the February 8 Response, the Court found that even though Claims One and Three through Six may be exhausted, Claim Two was not. The Court, on March 1, 2006, directed Mr. Yascavage to show cause why the Application should not be denied as a mixed petition. On March 29, 2006, Mr. Yascavage responded and requested that Claim Two of the original Application be vacated and replaced with a new claim titled, "Refusal of Trial Court to Hear Motion of Ineffective Assistance of Counsel."

The Court will discharge the Orders to Show Cause dated January 24, 2006, and March 1, 2006. However, if Mr. Yascavage desires to amend the Application, with respect to Claim Two, he must file an Amended Application. The Amended Application must include claims from the original Application, excluding Claim Two, and the new claim that Mr. Yascavage desires to raise. The Amended Application also must include all of the information that is requested on the Court-approved form. Accordingly, it is

ORDERED that the January 24, 2006, and March 1, 2006, Orders directing Applicant to show cause are discharged. It is

FURTHER ORDERED that if Applicant desires to replace Claim Two with a new claim he is directed to file an Amended Application within thirty days of the date of the instant Order. It is

FURTHER ORDERED that the Amended Application shall include all of the information required on the Court-approved form and shall list the claims asserted in the original Application, except Claim Two, and the new claim Applicant seeks to add. It is

FURTHER ORDERED that if Applicant fails to file an Amended Application in keeping with the instant Order, within thirty days of the date of the instant Order, the Court will proceed with a review of the merits of only Claim One and Claims Three through Six. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Applicant two copies of the Court-approved form used in filing applications pursuant to 28 U.S.C. § 2254.

DATED April 4, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02553-BNB

Daniel Patrick Yascavage
Prisoner No. 109566
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

 I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 4/4/06

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk